Name **Kent A. Friede**

Street Address **64 Arcade Blvd. #C**

City and County **Sacramento      Sacramento**

State and Zip Code **CA   95815**

Telephone Number **(702) 371-2461**

**FILED**

MAR - 8 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**Kent A. Friede**

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

**Deepar Prasak – Owner**
**Susan Stayton – Property Manager**
**Carissa Celle    associate**

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. **2:17 - CV - 0 4 9 9 KJM GGH PS**

*(to be filled in by the Clerk's Office)*

Jury Trial:     ☒ Yes   ☐ No
                *(check one)*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kent A Friede |
| Street Address | 64 Arcade Blvd |
| City and County | Sacramento      Sacramento |
| State and Zip Code | CA      95815 |
| Telephone Number | (702) 371-2461 |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Deepar Prasak |
| Job or Title (if known) | Owner of property at 64 Arcade Blvd  Thomas M Hagan Attorney 153926 |
| Street Address | Attorney for Management  942 Enterprize Drive Suite B |
| City and County | Sacramento      Sacramento |
| State and Zip Code | CA      95825 |
| Telephone Number | (916) 929-0119 |

Defendant No. 2

| | |
|---|---|
| Name | Susan Stayton |
| Job or Title (if known) | Property Manager at Titan Property Management  Manages property 64 Arcade Blvd |
| Street Address | Thomas M. Hagan Attorney 153926 Address  942 Enterprize Drive Suite B |
| City and County | Sacramento      Sacramento |
| State and Zip Code | CA      95825 |
| Telephone Number | (916) 929-0119 |

Defendant No. 3

| | |
|---|---|
| Name | Carissa Celle |
| Job or Title (if known) | Associate |
| Street Address | 330 Bell Ave. |
| City and County | Sacramento   Sacramento |
| State and Zip Code | CA   95838 |
| Telephone Number | (916) 425-2682 |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

## II.   Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☒ Federal question      □ Diversity of citizenship

3

Fill out the paragraphs in this section that apply to this case.

**A.**   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Violation of American's with Disabilties Acte of 1990
Title V   Retaliation and/or Coersion
Miscellaneous Provisions

**B.**   **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* _____ is a citizen of the State of *(name)* _____.

b.   If the plaintiff is a corporation

The plaintiff, *(name)* _____; is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

b.     If the defendant is a corporation

The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or is*
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.     The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

Net Worth of all parties involved is above
$75,000

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

Warrenty of Habitat
Violation of California Civil Code 1942.4 & Code of Civil Procedures Section 1174.21
Owner and Property Manager wouldnt honor repair and
deduct of apartment wall that was damaged by the air conditioner
on second floor leaked down into my apartment soaking the inside wall.
Owner tore out wall ask several people living there to fix all no takers
After 3 months of waiting, I paid someone to fix and I told
(retaliation) Property Manager I wanted to do a repair and dedect, Owner and
(evection) Property Manager wouldnt. Also was unfairly charged 3 day Notice late
(process of eviction) fees of $35 5 times because I wasnt paid by Social Security when
(Intentional) they wanted me to pay rent. 3rd of each month at that time I didnt get
paid until second wednesday of each month.     Pretrial coersion between
property manager, Thomas m. Hogen Attorney and Carissa Celle my rider.
(coersion) I believe they promised or offered Ms Celle something a known drug addict
to get to sign a Stipulation and order court document. Then ms Celle refusing to take me

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I asked the court to grant me 3 mths of rent from property manage plus 10% of each individuals networth for punitive damages for Intentional Torts of making me homeless, Retaliation, and Coersi Violation of California Civil code 1942.4 and Code of Civil Procedures Section 1174.21 Warranty of Habitat

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: March 9, 2017.

Signature of Plaintiff

Printed Name of Plaintiff    Kent A. Friede

6

California Civil Code 1942.4 Code of Civil Procedures Section 1174.21

I Kent A. Friede feel that I am getting retaliated against for not paying $497 ~~they Susan~~ the Property Manager at Titan Property Management. I feel at that time I was up $13 for month of Jan. Due to that repair and deduct I had to do because of ownerships failure to fix a wall that was damaged by the upstairs air conditoner The owner tore out the dry wall to let it dry offer $100 to individuals living in the area but no one took the job. The was in Aug. Nov. Came and wall wasnt fixed so I paid ~~Ste~~ this guy named Daniel whom was living in the area $300 to fix it. No one attempted to fix it.

I told manager that I was using the repair and deduct for the repairing of the wall. Deduct $300 for the rent. The owner and manager wont accept it. By California law I have a right to repair something that ~~ownership~~ ownership and manager failed to repair. I felt it was a health safety issue. Then I found out I was be charged ~~3 day late fees~~ 3 day notice fee of $35 per month. Me and ownership had an agreement that no late fees wound be charged. But management ~~be~~ gave me total of 6 at $35 per = $200. I complained when I first moved in that I couldnt pay rent by 3rd of each month because social security was paying

me second wednesday of each month, I had direct Deposit and received my money. Prior to going to court I feel I coerised into signing this agreement because the possibility of losing my Section 8 Housing Voucher. The person who talking me into signing this agreement refused to give me a ride to pay. (Carissa Ciele) I feel I was pressu pressured into signing this agreement. I deed know what the attorney or property manager offord Ms. Ciele to Sign this agreement. I feel this is an intentional tort to make me homeless.

A warranty of Habitat was breached, the repair and deduct wasnt accepted they took advantage of a disabled Veteran by charging 3 day fees prior to getting paid. Ms Ciele is an addict, would do any anything to get money for drugs,

Case 2:17-cv-00499-KJM-CKD   Document 1   Filed 03/08/17   Page 9 of 43

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Hogan, Thomas M., 153926 <br> 942 Enterprise Drive, Suite B, Sacramento, California 95825 <br> TELEPHONE NO.: (916) 929-2255   FAX NO.: (916) 929-0119 <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): Deepak Prasad | |

**Superior Court of California, County of Sacramento**
STREET ADDRESS: 301 Bicentennial Circle
MAILING ADDRESS: 301 Bicentennial Circle,
CITY AND ZIP CODE: Sacramento, California 95826
BRANCH NAME: Unlawful Detainer Unit

PLAINTIFF: **Deepak Prasad**

DEFENDANT: **Kent A. Friede**

| | CASE NUMBER: |
|---|---|
| ☒ REQUEST   ☐ COUNTER-REQUEST <br> TO SET CASE FOR TRIAL-UNLAWFUL DETAINER <br> ☒ Plaintiff   ☐ Defendant | **17UD00689** |

1. **Plaintiff's Request.** I represent to the court that all parties have been served with process and have appeared or have had a default or dismissal entered against them. I request that this case be set for trial.

2. **Trial preference.** The premises concerning this case are located at (street address, apartment number, city, zip code, and county):
   64 Arcade Blvd., Unit C, Sacramento, CA 95815    County of Sacramento
   a. ☒ To the best of my knowledge, the right to possession of the premises is still in issue., The cased is entitled to legal preference under Code of Civil Procedure section 1179a.
   b. ☐ To the best of my knowledge, the right to possession of the premises is no longer in issue. No defendant or other person is in possession of the premised.

3. **Jury or nonjury trial.** I request ☐ a jury trial ☒ a nonjury trial.

4. **Estimated Length of Trial.** I estimate that the trial will take (check one):
   a. ☐ days (specify number)
   b. ☒ hours (specify if estimated trial is less than one day): **1/2 hour**

5. **Trial date.** I am not available on the following dates (specify dates and reasons for unavailability):

   Not available Feb 27, March 6, Monday afternoons, 8am, or Thurs,
   No jury trials to be set without prior consultation.
   **UNLAWFUL DETAINER ASSISTANT (Bus. and Prof. Code, §§ 6400-6415)**

6. (Complete in all cases.) An unlawful detainer assistant ☐ did ☒ did not for compensation give advice or assistence with this form. (If declarant has received any help or advice for pay from anunlawful detainer assistant, complete a-f.)

   a. Assistant's name:
   b. Street Address, city, and zip code:
   c. Telephone no.:
   d. County of Registration:
   e. Registration no.:
   f. Expires on (date):

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: **February 14, 2017**
Hogan, Thomas M.
(TYPE OR PRINT NAME)

▶ *o/s Hogan, Thomas M.*
(SIGNATURE OF DECLARANT)

---

**NOTICE**

- An unlawful detainer case must be set for trial on a date not later than 20 days after the first request to set the case for trial is made (Code Civ. Proc. 1170.5a
- If a jury is requested, $150 must be deposited with the court 5 days before trial (Code of Civ, Proc. 631).
- Court Reporter and interpreter services vary. Check with the court for availability of services and fees charged.
- If you cannot pay the court fees and costs, you may apply for a fee waiver. Ask the court clerk for a fee waiver form.

Page 2 of 2)

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> UD-150 (New January 1, 2005) | **REQUEST COUNTER-REQUEST TO SET CASE <br> FOR TRIAL UNLAWFUL DETAINER** | Code of Civil Procedure 631. <br> 1179.5(a), 11789a <br> www.courtinfo.ca.gov |

Ourfile 701062

| | |
|---|---|
| PLAINTIFF: **Deepak Prasad** | CASE NUMBER: |
| DEFENDANT: **Kent A. Friede** | **17UD00689** |

## PROOF OF SERVICE BY MAIL

Instructions: After having the parties served by mail with the Request Counter-Request to Set Case for Trial  Unlawful Detainer, (form UD-150), have the person who mailed the form UD-150 complete this Proof of Service by Mail. An unsigned copy of the Proof of Service by Mail should be completeed and served with form UD-150. Give the Request Counter-Request to Set Case for Trial -Unlawful Detainer (form UD-150) and the completed Proof of Service by Mail to the clerk for filing. If you are representing yourself someone else must mail these papers and sign the Proof of Service by Mail.

1. I am over the age of 18 and not a party to this case. I am a resident of or employed in the county where the mailing took place.
2. My residence or business address is (specify):

   ### Business: 942 Enterprise Drive, Suite B, Sacramento, CA 95825

3. I served the Request/Counter-Request to Set Case for Trial-Unlawful Detainer (form UD-150) by enclosing a copy in an envelope addressed to each person whose name and address are shown below AND

   a. ☐  depositing the sealed envelope in the United States mail on the date and at the place show in item 3c with the postage fully prepaid

   b. ☒  placing the envelope for collection and mailing on the date and at the place shown in item 3c following ordinary business practices. I am readily familiar with this business's practice for collectging and processing correspondence for mailing. On the same day that correspondenced is placed for collection and mailing, it is deposited in the ordinary course of business dwith the United States Postal Service in a sealed envelope with postage fully prepaid.

   c. (1) Date mailed:      **February 14, 2017**

   (2) Place mailed (city and state):    **Sacramento, CA**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  **February 14, 2017**

**Mako K. Uhl**                           ▶ *o/s Mako K. Uhl*
.........................................................
(TYPE OR PRINT NAME)                              (SIGNATURE OF DECLARANT)

### NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

| Name | Address (number, street, city and zip code) |
|---|---|
| Kent A. Friede | 64 Arcade Blvd., Unit C Sacramento, CA 95815 |
| | |
| | |
| | |
| | |
| | |

☐  List of names and addresses contained on a seperate attachment or form MC-025, filed Attachment to Proof of Service by mail.

*I believe they paid my friend into talking me into signing this ... aversion addict*

**FILED/ENDORSED**

FEB 28 2017

By: _____ DEPUTY CLERK

**COURT:**
Superior Court of California, County of Sacramento
Unlawful Detainer Division
301 Bicentennial Circle
Sacramento, CA 95826-2701 – (916) 875-7746

**CASE TITLE:**
DEEPAK PRASAD vs. KENT A. FRIEDE

☐ MEDIATED  ☒ STIPULATION AND ORDER  ☐ STIPULATED JUDGMENT

**CASE NUMBER:** 17UD00689

## DEFENDANT AGREES

☒ To pay the following:

| PRINCIPAL | DAILY RENTAL VALUE | ATTORNEY FEES | COURT COSTS | OTHER | TOTAL |
|---|---|---|---|---|---|
| $1176.⁰⁰ | | | | | $1176.⁰⁰ |

**$0** ~~NO CASE~~ EACH PARTY BEARS own fees + costs

☒ To make payment in ~~cash~~, certified funds, cashier's check, or money order ☐ postmarked ☒ received *unless default*
by the following dates: $ **678.⁰⁰** by **3/01/17**, $ **498.⁰⁰** by **4/15/17**

$ _____ by _____, $ _____ by _____, $ _____ by _____

and $ _____ on the _____ day of each month thereafter until paid.

☒ Payment shall be delivered to: ~~To~~ **TITAN PROPERTY MANAGEMENT**

☒ To vacate the property no later than midnight **03/31/17** and not to request any further stays.

☒ To incorporate General Provisions set forth in this stipulation.

☒ If defendant fails to pay, to vacate or to perform any provision of the stipulation, then, plaintiff may submit an ex parte declaration setting forth defendant's noncompliance and request

  ☒ without notice OR ☐ with _____ hours notice to the defendant of intent to file a declaration

  ☒ without any further hearing OR ☐ with a request for hearing with an order shortening time for hearing to 6-10 days and shortening time for service to 2 days

  ☒ a judgment for immediate possession of the property located at 64 Arcade Blvd. Unit C, Sacramento, CA 95815

  ☒ a money judgment for any sums unpaid *plus $300 fees a $450 costs if default*

  ☐ cancellation of the rental agreement / lease.

☒ Other: **Rental Agreement is Terminated.**
**- Defendant shall not Threaten or Harass owner or manager**
*pending stay period or stay may be lifted.*

## PLAINTIFF AGREES

☒ To dismiss the action with prejudice upon defendant's performing all the terms of the stipulation above.

☒ To request an immediate writ of possession for the premises located at 64 Arcade Blvd. Unit C, Sacramento, CA 95815, but to stay actual execution of such writ until **03/31/17** – *So long as Above-stated terms are met.*

☐ To provide ratification or authorization.

☐ To make the following repairs: _____
_____ by: ___/___/___

☐ If the plaintiff fails to perform any provision of the stipulation, then the defendant may submit an ex parte declaration setting forth the plaintiff's noncompliance and request a hearing upon order shortening time.

☐ To incorporate General Provisions set forth in this Stipulation.

☐ All future payments will be credited first to rent as it accrues and then to monthly amounts due under the stipulated judgment/order.

☐ Other: _____
_____

**CONDITIONAL JUDGMENT**

☐ If the defendant delivers the sum of $ _____ in cash, certified check, cashier's check, or money order to plaintiff/ plaintiff's attorney by _____ m on _____ at _____

then the defendant shall retain possession of the premises and plaintiff shall dismiss the action with prejudice. If the defendant does not deliver said sum, plaintiff may file a declaration regarding the nonpayment and may request a writ of possession, cancellation of the agreement, and a judgment for $ _____ in rent and damages, $ _____ in attorney's fees, and $ _____ in court costs.

☐ Incorporate General Provisions set forth in this Stipulation.

---

**GENERAL PROVISIONS**

☒ Defendant states that no other adults reside in the premises that have a claim of right to possession.

☐ Defendant declares that he/she has vacated the premises and has relinquished any right to possess the property effective immediately. Plaintiff may lawfully possess the property effective immediately.

☒ Defendant agrees to leave the premises in a clean and orderly condition, free of debris, trash, garbage, and all personal belongings.

☒ Any personal property or belongings remaining on the property may be disposed of by plaintiff without notice to defendant.

☒ Pursuant to California Code of Civil Procedure § 664.6, the court shall retain jurisdiction over the parties to enforce this settlement until full performance of the terms and provisions herein.

☒ The security deposit will be handled according to California law.

☐ Other: _____

_____

_____

Date: February 28, 2017

_____
HOGAN, THOMAS M - Attorney for Plaintiff

_____
PRASAD, DEEPAK - Plaintiff

_____
FRIEDE, KENT A. - Defendant

☒ IT IS SO ORDERED    ☐ JUDGMENT IS ENTERED

Date: 2/28/17

Judicial Officer: _____
Commissioner Kenneth Brody, Temporary Judge

# FW-001   Request to Waive Court Fees

**CONFIDENTIAL**

Clerk stamps date here when form is filed.

FEB - 9 2017

By J. Rogers, Deputy Clerk

If you are getting public benefits, are a low-income person, or do not have enough income to pay for your household's basic needs and your court fees, you may use this form to ask the court to waive your court fees. The court may order you to answer questions about your finances. If the court waives the fees, you may still have to pay later if:
- You cannot give the court proof of your eligibility,
- Your financial situation improves during this case, or
- You settle your civil case for **$10,000** or more. The trial court that waives your fees will have a lien on any such settlement in the amount of the waived fees and costs. The court may also charge you any collection costs.

Fill in court name and street address:

**Superior Court of California, County of Sacramento**
Unlawful Detainer Division
301 Bicentennial Circle
Sacramento, CA 95826
Phone (916) 875-7746

Fill in case number and name:

**Case Number:**
17UD000689

**Case Name:**

① **Your Information** (person asking the court to waive the fees):
Name: Kent A. Friede
Street or mailing address: 64 Arcade Blva #C
City: Sacramento   State: CA   Zip: 95815
Phone number: 702-371-2461

② **Your Job,** if you have one (job title): I am disabled
Name of employer:
Employer's address: N/A

③ **Your Lawyer,** if you have one (name, firm or affiliation, address, phone number, and State Bar number):
_____

a. The lawyer has agreed to advance all or a portion of your fees or costs (check one): Yes ☐   No ☐
b. (If yes, your lawyer must sign here) Lawyer's signature: _____
   If your lawyer is not providing legal-aid type services based on your low income, you may have to go to a hearing to explain why you are asking the court to waive the fees.

④ **What court's fees or costs are you asking to be waived?**
   ☒ Superior Court (See *Information Sheet on Waiver of Superior Court Fees and Costs* (form FW-001-INFO).)
   ☐ Supreme Court, Court of Appeal, or Appellate Division of Superior Court (See *Information Sheet on Waiver of Appellate Court Fees* (form APP-015/FW-015-INFO).)

⑤ **Why are you asking the court to waive your court fees?**
   a. ☒ I receive (check all that apply; see form FW-001-INFO for definitions): ☒ Food Stamps ☒ Supp. Sec. Inc. ☐ Social Security Di... ☐ SSP ☒ Medi-Cal ☐ County Relief/Gen. Assist. ☐ IHSS ☐ CalWORKS or Tribal TANF ☐ CAPI
   b. ☒ My gross monthly household income (before deductions for taxes) is not more than the amount listed below. (If you check 5b, you must fill out 7, 8, and 9 on page 2 of this form.) $1103

| Family Size | Family Income | Family Size | Family Income | Family Size | Family Income | |
|---|---|---|---|---|---|---|
| 1 | $1,237.50 | 3 | $2,100.00 | 5 | $2,962.50 | *If more than 6 people at home, add $433.34 for each extra person.* |
| 2 | $1,668.75 | 4 | $2,531.25 | 6 | $3,393.75 | |

   c. ☒ I do not have enough income to pay for my household's basic needs *and* the court fees. I ask the court to: (check one and you **must** fill out page 2):
      ☒ waive all court fees and costs   ☐ waive some of the court fees
      ☐ let me make payments over time

⑥ ☒ Check here if you asked the court to waive your court fees for this case in the last six months. (If your previous request is reasonably available, please attach it to this form and check here:) ☐

I declare under penalty of perjury under the laws of the State of California that the information I have provided on this form and all attachments is true and correct.
Date: 02/09/2017

Print your name here: Kent A. Friede

Sign here: Kent A. Friede

Judicial Council of California, www.courts.ca.gov
Revised March 1, 2016, Mandatory Form
Government Code, § 68633
Cal. Rules of Court, rules 3.51, 8.26, and 8.818

**Request to Waive Court Fees**

FW-001, Page 1 of 2 →

Your name: _Kent A. Friede_     Case Number: _17UD00689_

*If you checked 5a on page 1, do not fill out below. If you checked 5b, fill out questions 7, 8, and 9 only. If you checked 5c, you **must** fill out this entire page. If you need more space, attach form MC-025 or attach a sheet of paper and write Financial Information and your name and case number at the top.*

**(7)** ☐ Check here if your income changes a lot from month to month. If it does, complete the form based on your average income for the past 12 months.

**(8) Your Gross Monthly Income**

a. List the source and amount of *any* income you get each month, including: wages or other income from work before deductions, spousal/child support, retirement, social security, disability, unemployment, military basic allowance for quarters (BAQ), veterans payments, dividends, interest, trust income, annuities, net business or rental income, reimbursement for job-related expenses, gambling or lottery winnings, etc.

(1) _Self_ ........................ $ _1103_
(2) _____ $ _____
(3) _____ $ _____
(4) _____ $ _____

b. Your total monthly income: $ _1103_

**(9) Household Income**

a. List the income of all other persons living in your home who depend in whole or in part on you for support, or on whom you depend in whole or in part for support.

| Name | Age | Relationship | Gross Monthly Income |
|------|-----|--------------|---------------------|
| (1) Kent A Friede | | Self | $ 1103 |
| (2) | | | $ |
| (3) | | | $ |
| (4) | | | $ |

b. Total monthly income of persons above: $ _0 1103_

Total monthly income *and* household income (8b plus 9b): $ _1103_

---

**To list any other facts you want the court to know, such as unusual medical expenses, etc., attach form MC-025 or attach a sheet of paper and write Financial Information and your name and case number at the top.**

*Check here if you attach another page.* ☐

***Important!*** **If your financial situation or ability to pay court fees improves, you must notify the court within five days on form FW-010.**

---

**(10) Your Money and Property**

a. Cash ........................................ $ _200_

b. All financial accounts (List bank name and amount):
(1) _Digital Credit Union_ $ _75_
(2) _____ $ _____
(3) _____ $ _____

c. Cars, boats, and other vehicles

| Make / Year | Fair Market Value | How Much You Still Owe |
|-------------|-------------------|------------------------|
| (1) | $ | $ |
| (2) | $ | $ |
| (3) | $ | $ |

d. Real estate

| Address | Fair Market Value | How Much You Still Owe |
|---------|-------------------|------------------------|
| (1) | $ | $ |
| (2) | $ | $ |

e. Other personal property (jewelry, furniture, furs, stocks, bonds, etc.):

| Describe | Fair Market Value | How Much You Still Owe |
|----------|-------------------|------------------------|
| (1) | $ | $ |
| (2) | $ | $ |

**(11) Your Monthly Deductions and Expenses**

a. List any payroll deductions and the monthly amount below:
(1) _Electricity_ $ _60_
(2) _____ $ _10_
(3) _Phone_ $ _75_
(4) _Rent_ $ _____

b. Rent or house payment & maintenance $ _281_
c. Food and household supplies $ _350_
d. Utilities and telephone $ _110_
e. Clothing $ _100_
f. Laundry and cleaning $ _30_
g. Medical and dental expenses $ _____
h. Insurance (life, health, accident, etc.) $ _____
i. School, child care $ _____
j. Child, spousal support (another marriage) $ _____
k. Transportation, gas, auto repair and insurance $ _40_
l. Installment payments (list each below):
Paid to:
(1) _____ $ _____
(2) _____ $ _____
(3) _____ $ _____
m. Wages/earnings withheld by court order $ _____
n. Any other monthly expenses (list each below). $ _____
Paid to:   How Much?
(1) _Misc_ $ _100_
(2) _____ $ _____
(3) _____ $ _____

Total monthly expenses (add 11a –11n above): $ _1019_

---

**Request to Waive Court Fees**



INVESTING IN COMMUNITIES

Mailbox ops cw 07
t0028549

May 24, 2016

Kent Friede
65 Arcade Blvde. #C
Sacramento, CA 95815

Dear Mr./Ms. Friede,

Your request for an bedroom for a live-in aide and an additional room as a reasonable accommodation for your disability is hereby approved. Before any change in unit size will be issued, you will need to work with your caseworker to identify a live-in aide. You must submit a written request to add a live-in aide within 120 days of this approval letter.

If the basis for the approval of this reasonable accommodation ceases to exist, the unit size will revert to the current eligible size. You are responsible for reporting all changes in accordance with family obligations described at your annual recertification. This includes, reporting a significant change in the need upon which a reasonable accommodation is granted.

Should you have any questions, please contact our customer service center at (916) 440-1390 and ask for Roy Pacia, Jr..

Sincerely,

Sarah Thomas
Assistant Director
Housing Choice Voucher Program





rev 6/17/10

## Social Security Administration

KENT A FRIEDE
7831 BETTY LOU DR
SACRAMENTO CA 95828-3107

Date: January 20, 2016
Claim Number: XXX-XX-2350A

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**

Beginning December 2014, the full monthly Social Security benefit before any deductions is $1,100.60.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $1,100.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the second Wednesday of each month.

**Information About Past Social Security Benefits**

From March 2014 to November 2014, the full monthly Social Security benefit before any deductions was $1,082.30.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $1,082.00.
(We must round down to the whole dollar.)

**Type of Social Security Benefit Information**

You are entitled to monthly disability benefits.

There was no cost of living adjustment in Social Security benefits in December 2015. The benefit amount shown is current as of the date on this letter.

**Date of Birth Information**

The date of birth shown on our records is October 03, 1963.

**Medicare Information**

You are entitled to hospital insurance under Medicare beginning March 2016.

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

We invite you to visit our web site at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local office at 866-752-0749. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
40 MASSIE CIRCLE
SACRAMENTO, CA 95823

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

Social Security Administration

| COURT:<br>Superior Court of California, County of Sacramento<br>Unlawful Detainer Division<br>301 Bicentennial Circle<br>Sacramento, CA 95826-2701  -  (916) 875-7746 | FOR COURT USE ONLY |
|---|---|
| CASE TITLE:<br>    DEEPAK PRASAD vs. KENT A. FRIEDE | |
| **NOTICE OF TIME AND PLACE OF TRIAL** | CASE NUMBER:<br>**17UD00689** |

KENT A. FRIEDE
64 ARCADE BLVD. UNIT C
SACRAMENTO, CA 95815

Notice is hereby given that the above entitled action has been set for Court Trial on:

    February 28, 2017, at 10:00 AM, in Department 88
    Carol Miller Justice Center, 301 Bicentennial Circle, Sacramento, CA 95826.

ALL COUNSEL AND PARTIES MUST APPEAR ON TIME FOR THE TRIAL. FAILURE TO APPEAR ON TIME MAY RESULT IN THE CASE BEING HEARD IN YOUR ABSENCE AND AN ADVERSE JUDGMENT MAY BE ENTERED AGAINST YOU.

NOTE: A court reporter is not available in the Unlawful Detainer Department at the Carol Miller Justice Center. Parties may privately arrange to have a certified Official Pro Tempore court reporter present for hearings.

CLERK'S CERTIFICATE OF MAILING - I certify that I am not a party to this action. This Notice of Time and Place of Trial was mailed first class postage prepaid, in a sealed envelope to Defendant KENT A. FRIEDE, at 64 ARCADE BLVD. UNIT C, SACRAMENTO, CA 95815,  Attorney for Plaintiff THOMAS M HOGAN, at 942 ENTERPRISE DRIVE SUITE B, SACRAMENTO, CA 95825. The mailing and this certification occurred at Sacramento, California, on the date shown below.

Date: February 15, 2017                                  (Original on File /s/)

_____

                                                    K. Gonsalves, Deputy Clerk



**INVESTING IN COMMUNITIES**

# SUBSIDY ADJUSTMENT NOTICE
# HOUSING CHOICE VOUCHERS (HCV)

May 23, 2016

**OPS**
KENT FRIEDE
64 ARCADE BLVD C
SACRAMENTO, CA 95815

RE: KENT FRIEDE          Tenant code: t0028549
      64 ARCADE BLVD C , SACRAMENTO CA 95815

The Housing Assistance Payment (HAP) currently paid to the owner on behalf of the above-mentioned tenant has been adjusted effective **04/15/2016** as follows:

| | |
|---|---|
| CURRENT HOUSING ASSISTANCE PAYMENT: | $545.00 |
| TENANT RENT: | $339.00 |
| UTILITY REIMBURSEMENT PAYMENT (URP): | $0.00 |
| CONTRACT RENT: | $884.00 |
| **NEW** HOUSING ASSISTANCE PAYMENT: | $545.00 |
| TENANT RENT: | $339.00 |
| UTILITY REIMBURSEMENT PAYMENT (URP): | $0.00 |
| CONTRACT RENT: | $884.00 |

The reason for this adjustment is: see comments
Comments: NEW LEASE/CONTRACT

If the Housing Assistance Payment being paid to the landlord is zero (0), the family will remain active in the Housing Choice Voucher program for 180 days from the above adjustment date provided they do not move from the contract unit and there are no changes in the family composition or income. Should the family composition or income remains unchanged and the HAP remains at zero (0), the HAP contract and the family's program participation will be terminated.

Marilyn Underdown
(916) 440-1390

FOR THE TENANT FAMILY
If you believe there is an income discrepancy based on the Housing Authority's rent determination, you have the right to request an Informal Hearing by submitting a written request within fifteen (15) days from the date of this notice.

cc: DEEPAK PRASAD
    1727 BORDEN ST
    SAN MATEO, CA 94403



Equal Housing Opportunity

**Sacramento Housing & Redevelopment Agency** 630 I Street, Sacramento, CA 95814
Phone (916) 440-1390 | fax (916) 449-1285 | www.shra.org



Draft 9/23/14 tt

* text messages sent a discussing
their knowledge of ~~rent~~ dates
when rent is paid
(due to date of disability check
deposited into account.)

* letter stating ~~when~~ when disability
funds are deposited into account.

* housing pays their share on the
~~first of~~ each month.

* we are in agreement that I pay
~~bay~~ the uncovered portion of Rent
by the          coerased into signing

**CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY**

| 1. NAME (Last, first, middle) | | 2. DEPARTMENT, COMPONENT AND BRANCH |
|---|---|---|
| FRIEDE, KENT ALVIN | | NAVY - USNR |

| 4a. GRADE, RATE OR RANK | 4b. PAY GRADE | 5. DATE OF BIRTH | 6. PLACE OF ENTRY INTO ACTIVE DUTY | 3. SOCIAL SECURITY NO. |
|---|---|---|---|---|
| SA | E2 | 03 OCT 63 | PHOENIX, AZ | 526 85 2350 |

| 7. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8. STATION WHERE SEPARATED |
|---|---|
| USS NEW JERSEY (BB 62) | USS NEW JERSEY (BB 62) AT LONG BEACH CA |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE |
|---|---|
| NAVAL RESERVE PERSONNEL CENTER, NEW ORLEANS, LA 70149 | AMOUNT $ 35,000  ☐ NONE: |

| 11. PRIMARY SPECIALTY NUMBER, TITLE AND YEARS AND MONTHS IN SPECIALTY (Additional specialty numbers and titles involving periods of one or more years) | 12. RECORD OF SERVICE | YEAR(s) | MON (s) | DAY(s) |
|---|---|---|---|---|
| DG-9700 INFANTRY, GUN CREWS, AND SEAMANSHIP SPECIALISTS, 01 YEAR, 07 MONTHS | a. Date Entered AD This Period | 82 | APR | 01 |
| | b. Separation Date This Period | 85 | MAR | 31 |
| | c. Net Active Service This Period | 03 | 00 | 00 |
| | d. Total Prior Active Service | 00 | 00 | 00 |
| | e. Total Prior Inactive Service | 00 | 04 | 12 |
| | f. Foreign Service | 00 | 00 | 00 |
| | g. Sea Service | 02 | 07 | 25 |
| | h. Effective Date of Pay Grade | 85 | JAN | 11 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) |
|---|
| SEA SERVICE DEPLOYMENT RIBBON (1); NAVY UNIT COMMENDATION AWARD (1); NAVY EXPEDITIONARY MEDAL (1). |

| 14. MILITARY EDUCATION (Course Title, number weeks, and month and year completed) |
|---|
| NONE |

| 15. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM ☐ YES ☒ NO | 16. HIGH SCHOOL GRADUATE OR EQUIVALENT ☒ YES ☐ NO |
|---|---|

| 18. REMARKS | 17. DAYS ACCRUED LEAVE PAID 24.0 |
|---|---|
| DENTAL EXAMINATION AND TREATMENT COMPLETED 90 DAYS PRIOR TO DATE OF RELEASE FROM ACTIVE DUTY. | |

| 19. MAILING ADDRESS AFTER SEPARATION | 20. MEMBER REQUESTS COPY 6 BE SENT TO AZ DIR. OF VET AFFAIRS ☒ YES ☐ NO |
|---|---|
| 2571 W NEBRASKA STREET TUCZON, AZ 85746 | |

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. TYPED NAME, GRADE, TITLE AND SIGNATURE OF OFFICIAL AUTHORIZED TO SIGN |
|---|---|
| *Kent A. Friede* | T. B. WILLIAMS, PNC, USN, ASSTPERSOFF BYDIRCO |

**SPECIAL ADDITIONAL INFORMATION** (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Includes upgrades) |
|---|---|
| RELEASED FROM ACTIVE DUTY AND TRANSFERRED TO NAVAL RESERVE | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENLISTMENT CODE |
|---|---|---|
| MILPERSMAN 3620150.1B | LBK | RE-3R |

| 28. NARRATIVE REASON FOR SEPARATION |
|---|
| USNR-EXPIRATION OF TERM OF ACTIVE OBLIGATED SERVICE |

| 29. DATES OF TIME LOST DURING THIS PERIOD | 30. MEMBER REQUESTS COPY 4 |
|---|---|
| TL - NONE | *KAF* INITIALS |

S/N 0102-LF-000-2140

SERVICE - 2

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES          ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

## CORRECTION TO DD FORM 214,
### CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER (Also, Service Number if applicable) | | |
|---|---|---|---|---|
| FRIEDE, KENT ALVIN | NAVY-USN | | | |

| 4. MAILING ADDRESS (include ZIP Code) | | | |
|---|---|---|---|
| 2362 BANCROFT WAY BEREKELEY CA 94704 | 526 | 85 | 2350 |

5. ORIGINAL DD FORM 214 IS CORRECTED AS INDICATED BELOW:

| ITEM NO. | CORRECTED TO READ |
|---|---|
| 13 | SEPARATION DATE ON DD FORM 214 BEING CORRECTED:      85 MAR 31<br>SER: 62980-07-23771-BKM<br>ARMED FORCES EXPEDITIONARY M,EDAL, NAVY UNIT COMMENDATION, NAVY "E" RIBBON, SEA SERVICE DEPLOYMENT RIBBON<br>NO FURTHER ENTRIES |

| 6. DATE (YYYYMMDD) | 7. OFFICIAL AUTHORIZED TO SIGN | | | |
|---|---|---|---|---|
| | a. TYPED NAME (Last, First, Middle Initial) | b. GRADE | c. TITLE | d. SIGNATURE |
| 13 DEC 2007<br>P312D1/22 | LEO GRAHAM<br>BY DIR COMNAVPERSCOM | GS-7 | LEAD ANALYST | |

**DD FORM 215, FEB 2000**     PREVIOUS EDITION IS OBSOLETE.     **SERVICE - 2**

FormFlow/Adobe Professional 7.0

# Social Security Administration
# **Retirement, Survivors and Disability Insurance**
Important Information

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date:  March 18, 2016
Claim Number:

ٰبلٰٰٰٰٰٰٰٰٰٰٰٰٰٰٰٰٰٰٰٰٰٰٰٰٰٰٰٰٰٰٰٰٰٰٰ

0007223 00057512      1 MB    .439 0311M1T2R7PN T232 P20
KENT A FRIEDE
7831 BETTY LOU DR
SACRAMENTO CA 95828-3107

We are writing to you about your Social Security benefits.

## **What You Should Know**

As you requested on or about March 11, 2016 we changed your direct deposit
information.  We will send your Social Security payments to the new financial
institution or account you selected.

You should keep the old account open until we send a payment to the new
account.  It usually takes us 1 to 2 months to change where we send
payments.

Please let us know right away if your address changes so we can send any
future letters to your new address.  Also let us know if you change the bank
account where we send your payments.

## **What We Will Pay And When**

- You will receive $1,100.00 for March 2016 around April 13, 2016.

- After that you will receive $1,100.00 on or about the second Wednesday
  of each month.



C                        See Next Page

## If You Disagree With The Decision

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We may also review the parts of our decision that you think are right. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal in writing.

- The 60 days start the day after you receive this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

- You must have a good reason if you wait more than 60 days to ask for an appeal.

- You can file an appeal with any Social Security office. You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561. You may go to our website at www.socialsecurity.gov/online/ to find the form SSA-561. You can also contact us by phone, mail, or come into an office to request the form. If you need help to fill out the form, we can help you by phone or in person.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-866-752-0969. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
40 MASSIE CIRCLE
SACRAMENTO, CA 95823

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*



Date: April 20, 2016
Claim Number: XXX-XX-2350A
                 XXX-XX-2350DI

KENT A FRIEDE
7831 BETTY LOU DR
SACRAMENTO CA 95828-3107

You asked us for information from your record. The information that you
requested is shown below. If you want anyone else to have this information, you
may send them this letter.

Information About Current Social Security Benefits

  Beginning December 2014, the full monthly
  Social Security benefit before any deductions is......$ 1100.60

  . We deduct $0.00 for medical insurance premiums each month.

  The regular monthly Social Security payment is.......$ 1100.00
  (We must round down to the whole dollar.)

  Social Security benefits for a given month are paid the following month. (For
  example, Social Security benefits for March are paid in April.)

  Your Social Security benefits are paid on or about the second Wednesday of
  each month.

  There was no cost of living adjustment in Social Security benefits in December
  2015. The benefit amount shown is current as of the date on this letter.

Date of Birth Information

  The date of birth shown on our records is October 3, 1963.

Type of Social Security Benefit Information

  You are entitled to monthly disability benefits.

SUSPECT SOCIAL SECURITY FRAUD?

  Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud
  . tline at 1-800-269-0271 (TTY 1-866-501-2101).

IF YOU HAVE QUESTIONS

We invite you to visit our web site at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local office at 866-752-0969. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

                    SOCIAL SECURITY
                    40 MASSIE CIRCLE
                    SACRAMENTO, CA 95823

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

                         OFFICE MANAGER

Office of Central ...
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: September 2, 2016
Claim Number:

0044313 00398131       1 AT    .399 0826M1T2R7PN T1453 P43
KENT A FRIEDE
64 ARCADE BLVD
C
SACRAMENTO CA 95815-1044

We are writing to you about your Social Security benefits.

## What You Should Know

Your Medicare Part A (hospital insurance) starts March 2016 and Part B (medical insurance) starts June 2016.

The State of California will pay your Medicare medical insurance premium beginning June 2016.

We are changing the date we make your monthly payments. Your new payment date will be the third of the month. We will also change the payment date of everyone on this record to the third of the month.

We must make payment on the third of the month when anyone on this record:

- receives railroad retirement or Supplemental Security Income (SSI) payments,
- has income or resources used to decide if someone else is eligible for SSI,
- moves outside the U.S.,
- has Medicare premiums paid by the State,
- has payments garnished, or
- is entitled on more than one record.

## What We Will Pay And When

- You will receive $1,100.00 for September 2016 around October 3, 2016.

- After that you will receive $1,100.00 on or about the third of each month.



C

See Next Page

## If You Have Questions

If you have any questions about the State Medicaid Program, please contact your State public assistance office.

If you have any questions about Medicare you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-855-782-9156. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> SUITE 200
> 2424 ARDEN WAY
> SACRAMENTO, CA 95825

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly.

*Social Security Administration*

# Move In Report_Friede

Inspection Date: 04/11/2016

**PROPERTY:** 64 Arcade Blvd, #C, Sacramento, CA 95815

## Entry

### Screen Door





### Front Door



### Lighting Fixture



X _Kurt A. Friede_   4/15/16

B. Tenant will provide Landlord a list of any items that are damaged or not in operable condition within 7 days after Commencement Date of Rental Agreement.



C. Per the inspection the Tenant acknowledges all items are clean and in operable condition, with the following exceptions:



---

Signature(s):

Tenant Signature(s):

4/15/16




Landlord Signature: Susan Lyn   4/15/16




Copyright AppFolio © 2016




# RENTAL HOUSING INSPECTION PROGRAM
### Department of Community Development

**County of Sacramento**
916.876.4020

**City of Sacramento**
916.808.7368

| Exterior Inspection – PART I: *Unit Identification (Print legibly)* |
|---|

Property Name:

Property Address: 104 ARCADE BLVD #C SAC 95815

### Check the box next to each item ONLY if the item is found to be in compliance

| *Exterior Checklist* | *Comments* |
|---|---|
| ☑ **Storage of Junk and rubbish and/or overgrown vegetation**<br>(Household trash, tires, scrap wood, scrap metal, other items not intended for outdoor use - Property must be clear from any overgrown vegetation and/or weeds) | |
| ☑ **Dumpsters & Trash cans**<br>(Must be properly enclosed, free from trash overflow, and properly covered) | |
| ☑ **Inoperable/Unregistered Vehicles**<br>(DMV Non-operations permit do not qualify as current registration. Inoperable vehicles must be stored within a fully enclosed structure) | |
| ☑ **Foundation Vent Screens/Crawl Space Covers**<br>(Spaces must be properly covered. Screens must be in good working condition) | |
| ☑ **Roof/Ceiling**<br>(Must be free from any holes, leaks, etc.) | |
| ☑ **Stairways - Landing/treads/risers/balusters/railings**<br>(Must not be rotting, deteriorating, loose, etc., and balusters must not exceed 4" apart or in accordance with code at the time of construction) | |
| ☑ **Fire Extinguishers - Multi-Family Only**<br>(Must be properly serviced, labeled, and stored) | |
| ☑ **Exterior Lighting**<br>(Must function properly and must have cover and be free from any exposed wiring) | |
| ☑ **Infestation of vectors or rodents**<br>(Property must be clear of all vector or rodent infestations) | |
| ☑ **Electrical/Gas Meters - Multi-Family Only**<br>(Must have proper labeling, be properly protected, and must not be tampered with) | |
| ☑ **Electrical Panel**<br>(Must have a panel cover, all breakers and fuses are labeled with appropriate identification, have dead front cover, and free from any exposed wiring) | |
| ☑ **Exterior Walkways**<br>(Must remain clear at all times and free from any trip hazards) | |
| ☑ **Water Heaters**<br>(Water heaters are installed in an approved location, and have seismic strapping, operable temperature relief valve and drain line, venting, and a minimum 120 degrees water temperature) | |

I certify that I have inspected the aforementioned unit and that the information above is true and correct to the best of my knowledge. *(Provide a copy of this form to the tenant and keep a copy for your files. Do not send copies to Code Enforcement.)*

Name *(Please print)*: SUSAN SLAYTON          Phone Number: 916-745-3385

Relationship to the Property: PROPERTY MANAGER

Signature: Susan Slayton          Date: 4/15/16

Tenant Signature: Kurt A. Fricks          Date: 4/15/16

*Audit inspections will be done randomly and property owners/managers will be required to produce proper documentation within 72 hours after notification (16.20.906 (D, E, F) of the Sacramento County Code.)*

# RENTAL HOUSING INSPECTION PROGRAM
### Department of Community Development



**County of Sacramento**
916.876.9020

**City of Sacramento**
916.808.7368

## Interior Inspection - PART II: *Unit Identification (print legibly)*

| | |
|---|---|
| Property Address: M ROCIROE BOULEVARD | Unit Number: #C |
| Tenant Name: KENT FRIESE | Phone Number: 762-251-2461 |

**Check the box next to each item ONLY if the item is found to be in compliance**

| Interior Checklist | Comments |
|---|---|
| ☑ **Hot/Cold Running Water** (Unit must have hot and cold running water) | |
| ☑ **Electrical Power** (Unit must have electrical power) | |
| ☑ **Heat** (Unit be permanently installed and properly functioning) | |
| ☑ **Sewage Disposal Systems** (Unit must have a proper sewer system and must be clear of any surfacing sewage indoors or outdoors) | |
| ☑ **Entry Doors** (All doors and door jambs have strike plates that are secure, not loose; entry doors have a standard deadbolt with thumb latch at interior. locking mechanisms do not exceed 48" in height, a peephole, and are weather sealed) | |
| ☑ **Vector Infestation or Rodent Harborage** (Unit must be clear of any infestations) | |
| ☑ **Mechanical** (All mechanical equipment in the unit must properly function including; appliances, venting systems, thermostats, smoke detectors, carbon monoxide detector, air conditioning unit - if provided, etc.*Bathrooms must have operable window or exhaust vent) | |
| ☑ **Electrical** (All wiring must be in good working condition - no spliced wiring, no exposed wiring, and all outlets and switch plates must have appropriate coverings. Electrical panel must be labeled. GFCI outlets must function and be installed in bathrooms, kitchen, exterior, and garage) | |
| ☑ **Plumbing** (Unit must have proper plumbing throughout unit - no leaks, must have P-traps, must have proper caulking, toilets must be secured to ground and sinks must be secured to walls. Water heaters are installed in an approved location, and have seismic strapping, operable temperature relief valve and drain line, venting, and a minimum 120 degree water temperature) | |
| ☑ **Counters and Sink Surfaces** (Surfaces are in good condition, no significant cracked, chipped or missing pieces, and not constructed with porous material) | |
| ☑ **Windows** (All windows must have proper weather protection and can be opened and closed easily, and have no missing or broken glazing. Bedroom egress windows are not blocked by furniture or air conditioners, and any security bars can be released from the interior) | |
| ☑ **Flooring** (Floors must be in good condition, free from holes/missing pieces and do not create a trip hazard or unsanitary conditions) | |
| ☑ **Foundation/Sub-flooring** (Must be in good condition, must not be buckling or sagging) | |
| ☑ **Walls/Ceiling** (Walls must be clear of holes, missing sections, must not be collapsing, buckling or sagging) | |
| ☑ **Smoke Detectors/Carbon Monoxide Detectors** (Smoke detectors are working, and are located in hallways leading to rooms used for sleeping purposes or are installed and maintained in compliance with the Code in effect at the time of their original installation. Carbon Monoxide detectors are located outside each sleeping area and on each level of a dwelling including basements. Installation must be per manufacturer's instruction and per California Building Code) | |

**I certify that I have inspected the aforementioned unit and that the information above is true and correct to the best of my knowledge.** *(Provide a copy of this form to the tenant and keep a copy for your files. Do not send copies to Code Enforcement.)*

Name *(Please print):* Susan Slayton          **Phone Number:** 916-745-3385

Relationship to the Property: PROPERTY MANAGER

Signature: _____          **Date:** 4/15/16

Tenant Signature: _____          **Date:** 4/15/16

*Audit inspections will be done randomly and property owners/managers will be required to produce proper documentation within 72 hours after notification (16.20.906 (D, E, F) of the Sacramento County Code.)*

Case 2:17-cv-00489-JAM-CKD    Document 1    Filed 03/08/17    Page 34 of 43

# RESIDENT'S RIGHTS FORM

Welcome to your new rental home. We hope your stay is enjoyable, so we encourage you to talk to us if you have any questions about your home or about our rental policies. This information sheet provides you with general information about your rights and responsibilities. Please read it carefully and let us know if you have any questions. Our contact information is included for your convenience.

## Rights and Responsibilities

Owners and residents of rental properties have specific rights and responsibilities under current state and local laws. As a resident, your rental home must be a safe place to live. In other words, it must be habitable. This means that your home must have the following:

- A structure that is weatherproof and waterproof; there must be no holes or cracks that allow rain or wind to enter;
- A plumbing system in good working condition and connected to the local water supply and sewage system or functional septic system;
- Floors, stairs and railings in good repair;
- A hot water system capable of producing water of at least 120 degrees Fahrenheit;
- An electrical system that was legal when installed and without loose or exposed wiring;
- A heating system that is in a safe, working condition.
- A lack of insect or rodent infestation;
- A home that is free from garbage or debris;
- Sufficient garbage or trash receptacles;
- A working toilet, wash basin and bathtub or shower;
- A kitchen with a sink;
- A safe fire or emergency exit;
- Deadbolt locks on each main swinging door that gives you entry to the home;
- Working smoke detectors and carbon monoxide detectors located in certain areas;
- Working telephone jack and phone wiring inside the home.

As a resident, you have a responsibility to do the following:

- Maintain a clean and sanitary rental home;
- Properly dispose of garbage or trash;
- Properly operate all electrical, gas and plumbing fixtures;
- Refrain from damaging or defacing the home or allowing anyone else to do so;
- Use the living and dining rooms, bedrooms and kitchens for their proper purposes;
- Report broken door or window locks;
- Contact the rental owner or property manager immediately to report any problems with your rental home especially any water damage or leaks;
- Comply with all rules, terms and conditions of the rental agreement.

## Contact Your Rental Owner or Property Manager First

If you have any problems with your rental home, notify the rental owner or property manager first, preferably in writing. If it is an emergency such as water intrusion or water damage, contact the owner or manager immediately.

### Contact Information

Susan Slayton
OWNER/PROPERTY MANAGER

Titan Property Mgmt
COMPANY

8421 Auburn Blvd
ADDRESS

#170

Citrus Heights, CA 95610
CITY, STATE, ZIP

(916) 745-3385
DAYTIME PHONE

(   ) SAME
AFTER HOURS PHONE

SSlayton@ttanrel.com
EMAIL

© RENTAL HOUSING ASSOCIATION OF SACRAMENTO VALLEY 2013    REVISED 06/13

## Retaliation is Against the Law
A rental owner or property manager may not evict or threaten to evict a resident for exercising a legal right, such as requesting habitability repairs.

## Maintenance and Repairs
Owners and managers want to know if there is an item that needs repair in your home. If you have a problem with any of the habitability items listed, you should:

* **Contact the rental owner or property manager first.** You should document your request in writing and keep a copy. If there is water intrusion, a water leak or any water damage occurring to the property, contact the owner or manager immediately.

* **Allow a reasonable period of time for repair.** In most cases, the owner or manager will begin working on your request shortly after it is made. Some repairs may take longer than others to complete. Current law indicates that 30 days is a reasonable period of time to address a repair, but it also depends on the nature of the repair. If you have waited a reasonable period of time and the requested repair has not been made, you may contact your local code enforcement department to file a complaint.

## Owner's Right to Enter and Your Rights
In most cases, the owner or manager must provide you with prior written notice to enter your rental home. Written notice is considered reasonable if it is provided at least 24 hours in advance. A written notice **is required** in the following situations:
* To make necessary or agreed upon repairs;
* For inspection of the smoke detector and carbon monoxide detectors;
* To inspect waterbeds;
* If a court permits it.

However, a prior written notice **is not** required in the following situations:
* In an emergency;
* When you or another occupant consents;
* After you have abandoned or surrendered the rental home;
* Upon a verbal agreement to allow the owner to make agreed upon repairs or supply services.

## Rental Agreement and Other Obligations
The rental agreement, whether it is a month-to-month or a lease, provides the rules and policies while living at the rental home. Be sure to read the language carefully because it is considered a contract between the owner (and/or manager) and resident.

## Resident Confirmation
Resident(s) acknowledge(s) having read and understood the forgoing and received a copy.
Resident(s) agree to contact owner/manager first to address any issue(s) with the home.

| | |
|---|---|
| _Ket A. Finde_ | 4/15/16 |
| Resident | Date |
| | |
| _signature_ | |
| Owner/Agent | 4/15/16 |
| | Date |

**Your local code enforcement department can help.**

If you have made a request for a habitability item listed and waited a reasonable period of time and the repair has not been made, you may contact your local code enforcement department to file a complaint.

**City of Sacramento**
24-hour complaint line
(916) 808-5011



**RHA**
**RENTAL HOUSING ASSOCIATION**
*of Sacramento Valley*

This document has been prepared by the Rental Housing Association of Sacramento Valley (RHA) to comply with applicable local ordinances. RHA does not make any representation or warranty about the legal sufficiency or legal effect of this document. Consult with an attorney if you require assistance in completing the document or to determine if its use is appropriate or changes are necessary in any particular situation.

# Get "credit" for paying your rent on time

We're an Experian RentBureau community



**Experian**℠
**RentBureau**

We believe that renters should get credit for managing the payments for the place they call home. That's why we've partnered with Experian RentBureau to include positive rental payment data in Experian credit reports.

In the past, only negative rental payment data such as evictions and collections were reported to consumer reporting agencies. Therefore, your on-time rental payments were never included in credit reports, unlike credit card, mortgage or car payments that help raise credit scores when paid on time.

The addition of positive rental payment data in Experian credit reports can be a tremendous benefit to anyone who rents, especially non-credit-active, cash-based consumers.

We recognize the value of having a positive rental payment history, and we want to provide our residents with this unique opportunity to get credit for their on-time rental payments.

Answers to common questions about rental payments on your credit report

What type of rental payment information is on my Experian credit report?
Only positive rental payment history has been added to your Experian credit report. If available, the 25 most recent months of rental payment history information will be displayed. Negative rental payment information, such as a collection account, is already reported to credit reporting companies through collection agencies.

Will my rental payments affect my credit score?
Your rental payment information will be included as part of your standard credit report and may be incorporated into certain credit scores, such as VantageScore* and Experian's PLUS Score*.

For more information on VantageScore, please visit www.experian.com/getyourvantagescore.

Can I improve my credit by paying my rent on time?
Yes. The inclusion of positive rental payment history within Experian credit reports allows you to establish or rebuild your credit through timely rental payments. Better credit means qualifying for credit products you deserve.

X _Kert A. Smith_   4/15/16

'VantageScore* is owned by VantageScore Solutions, LLC.



**"Consumers who struggle to build a solid credit profile may soon get a boost by simply paying their monthly rent on time."**

*— The Huffington Post*

**How will lenders use my rental payment information?**
Lenders may consider your rental obligation when determining your ability to repay new debt. Each credit grantor decides what standards you must meet for it to grant you credit.

**Why does my apartment lease appear as an installment loan?**
Your apartment lease is considered installment credit, similar to an auto loan, which consists of paying regular installments of a fixed amount over a set period of time, usually measured in months or years.

**Why does my credit report show a credit limit for my apartment lease when it is not a line of credit?**
Experian® calculates an "original loan amount," which represents the sum of the total payments over the entire period of the lease agreement. For example, a 12-month lease with a $1,000 monthly rental payment would add up to $12,000 (12 months x $1,000). We are aware that some credit report systems display this amount as a credit limit. However, this does not imply that the consumer received a loan or has a line of credit.

**Why does my credit report show an outstanding balance for my apartment lease when I don't owe any money?**
An outstanding balance or "current balance" amount on your rental payment history represents the sum of all rental payments left on the lease. The balance denotes the total amount you will be responsible for over the remainder of the lease. As you pay your rent each month, the outstanding balance will continue to decrease.

**What should I do if I find an error or encounter a problem with my credit report?**
All disputes are processed by Experian's National Consumer Assistance Center.

If you have a dispute or a concern, you can call Experian toll-free at 1 888 EXPERIAN (1 888 397 3742) or you can access a dispute form online at www.experian.com/disputes/main.html.

Request a copy of your personal credit report directly from Experian and review it carefully. If you find an error, simply dispute the information immediately online or call or write to Experian following the instructions provided with your report.

Upon receiving your dispute, Experian's National Consumer Assistance Center will investigate, either resolve or affirm the dispute, and send you the results of the investigation. This dispute process can take up to 30 days from the date the dispute is received.

**Credit education**
For additional information on how to help gain a better understanding of your credit, visit www.experian.com/rentbureaucrediteducation.

For $29.95, Experian Credit Educator℠ will provide you with a one-time, one-on-one telephone-based education session, which includes a copy of your Experian credit report and score, a step-by-step walk-through of your personal credit report and insight for future decisions in personal credit management. Call 1 877 858 5308 to learn more or to schedule an appointment.

**About Experian RentBureau**
Experian® RentBureau® receives updated rental payment data every 24 hours from its national network of property management companies. Positive rental payment data is then incorporated within Experian credit reports. To learn more about Experian RentBureau, visit www.experian.com/rentbureau.

† Not available in Wisconsin. Experian Credit Educator is brought to you by Experian Information Solutions, Inc. through its Education Division.

© 2012 Experian Information Solutions, Inc. • All rights reserved

Experian and the Experian marks used herein are service marks or registered trademarks of Experian Information Solutions, Inc.

Other product and company names mentioned herein are the property of their respective owners.

Experian
475 Anton Blvd.
Costa Mesa, CA 92626
www.experian.com

01/12 • 1224/2777 • 6162-CS

For you, the return for making "timely progress" is that you succeed in achieving a more financially independent life.

Ordinarily Social Security reviews your medical condition from time to time to see whether you still have a disability through a process called the medical Continuing Disability Review, or CDR. If you assign your Ticket to an approved service provider before you receive a CDR notice and make "timely progress" following your employment plan, Social Security will not conduct a review of your medical condition. If you assign your Ticket after you receive a CDR notice, Social Security will continue with your scheduled medical review.

### I'm Interested! What's Next?

Here are four actions you can take right now to learn more about the Ticket to Work program and Social Security's Work Incentives:

- **Learn more about** Social Security's Work Incentives **available to you**
- **Read our** Frequently Asked Questions **about the Ticket to Work program**
- **View** success stories **of beneficiaries like you who have used the Ticket program to build a better life and achieve financial independence**
- Sign up for a free WISE Webinar **to learn more about Ticket to Work and Work Incentives**
- **Call the Ticket to Work Help Line to get your questions about working while on benefits answered at 1-866-968-7842 (V)/ 866-833-2967 (TTY)**

PROPERTY MANAGEMENT

## THREE DAY NOTICE TO PAY RENT OR QUIT

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. This is an attempt to collect a debt; any information obtained will be used for that purpose.

**To: Kent A. Friede**

And all others in possession of the premises located at:

### 64 Arcade Blvd, #C
### Sacramento, CA 95815

Notice is hereby given that pursuant to the agreement by which you hold possession of the above described premises there is now due and unpaid rent for the said premises in the amount of:

### $483.80

WITHIN THREE DAYS after service on you of this Notice, you are required to pay said rent in full or to deliver up possession of said premises by turning in your keys to your landlord or the agent of the landlord. Otherwise, legal proceedings may be commenced against you to recover possession of said premises, to declare said agreement forfeited and to recover unpaid rents, court costs, attorney fees, and if malice is shown, statutory damages of $600.00.

ACCEPTABLE FORMS OF PAYMENT: Cashier's Check or Money Order.
*Please note payment by personal check or third party check will not be accepted as a satisfactory tender of the amount due.

HOURS OF OPERATION: Usual days and hours during which payment can be received are Monday thru Friday, 9AM to 5PM except for holidays.

TO WHOM PAYMENT MAY BE MADE:

### Titan Property Management
### 8421 Auburn Blvd
### Suite 170
### Citrus Heights, CA 95610
### (916) 349-7623

DATED: 6/7/16     AGENT: _____



**TITAN**
PROPERTY MANAGEMENT

## THREE DAY NOTICE TO PAY RENT OR QUIT

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. This is an attempt to collect a debt; any information obtained will be used for that purpose.

**To: Kent A. Friede**

And all others in possession of the premises located at:

**64 Arcade Blvd, #C**
**Sacramento, CA 95815**

Notice is hereby given that pursuant to the agreement by which you hold possession of the above described premises there is now due and unpaid rent for the said premises in the amount of:

**$822.80**

WITHIN THREE DAYS after service on you of this Notice, you are required to pay said rent in full or to deliver up possession of said premises by turning in your keys to your landlord or the agent of the landlord. Otherwise, legal proceedings may be commenced against you to recover possession of said premises, to declare said agreement forfeited and to recover unpaid rents, court costs, attorney fees, and if malice is shown, statutory damages of $600.00.

ACCEPTABLE FORMS OF PAYMENT: Cashier's Check or Money Order.
*Please note payment by personal check or third party check will not be accepted as a satisfactory tender of the amount due.

HOURS OF OPERATION: Usual days and hours during which payment can be received are Monday thru Friday, 9AM to 5PM except for holidays.

TO WHOM PAYMENT MAY BE MADE:

**Titan Property Management**
**8421 Auburn Blvd**
**Suite 170**
**Citrus Heights, CA 95610**
**(916) 349-7623**

DATED: 8/8/16      AGENT: _____



## THREE DAY NOTICE TO PAY RENT OR QUIT

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. This is an attempt to collect a debt; any information obtained will be used for that purpose.

**To: Kent A. Friede**

And all others in possession of the premises located at:

**64 Arcade Blvd, #C**
**Sacramento, CA 95815**

Notice is hereby given that pursuant to the agreement by which you hold possession of the above described premises there is now due and unpaid rent for the said premises in the amount of:

**$811.80**

WITHIN THREE DAYS after service on you of this Notice, you are required to pay said rent in full or to deliver up possession of said premises by turning in your keys to your landlord or the agent of the landlord. Otherwise, legal proceedings may be commenced against you to recover possession of said premises, to declare said agreement forfeited and to recover unpaid rents, court costs, attorney fees, and if malice is shown, statutory damages of $600.00.

ACCEPTABLE FORMS OF PAYMENT: Cashier's Check or Money Order.
*Please note payment by personal check or third party check will not be accepted as a satisfactory tender of the amount due.

HOURS OF OPERATION: Usual days and hours during which payment can be received are Monday thru Friday, 9AM to 5PM except for holidays.

TO WHOM PAYMENT MAY BE MADE:

**Titan Property Management**
**8421 Auburn Blvd**
**Suite 170**
**Citrus Heights, CA 95610**
**(916) 349-7623**

DATED: ___9/7/1___    AGENT: _____

# TITAN
### PROPERTY MANAGEMENT
8421 AUBURN BOULEVARD #170 • CITRUS HEIGHTS, CA 95610 • TEL: 916.349.7620 • FAX: 916.349.7625 • INFO@TITANREI.COM • WWW.TITANREI.COM

## THREE-DAY NOTICE TO PERFORM COVENANT(S) OR QUIT

**TO:**    Kent Friede

*All residents (tenants & Subtenants) in possession and all others in possession*

**ADDRESS:**    64 Arcade Boulevard #C

**CITY:** Sacramento     **STATE:** CA     **ZIP:** 95815

IN THAT, the Rental/Lease Agreement condition(s) and/or covenants set forth below are being breached as follows:

1.  Condition(s) and/or covenant(s) breached:

    1.3  OCCUPANTS The Premises are for the sole use as a personal residence by the following named person(s) only: Kent A. Friede , No persons other than those listed above may reside in the premises. All persons listed above are subject to all of the terms and provisions of this Agreement. No other persons, regardless of age, shall occupy or reside at the premises. Anyone residing, including but not limited to staying overnight at the premises more than three (3) days in any thirty day period shall be considered an unauthorized subtenant and an incurable violation of the rental agreement.

    3.5 PETS Unless otherwise provided in California Civil Code §54.2, no animal or pet shall be kept on or about the Premises without Landlord's prior written consent (Pet addendum and additional deposit required). Also, since the pet in in Sacramento County it must be licensed per the county as well as a doctor's note if it is a service animal.

    2.2 LANDSCAPE & MAINTENANCE A. Tenant shall properly use, operate and safeguard Premises, including if applicable, any landscaping, furniture, furnishings and appliances, and all mechanical, electrical, gas and plumbing fixtures, and keep them and the Premises clean, sanitary and well ventilated.

    1.5 RENT Rent shall mean all monetary obligations of Tenant to Landlord under the terms of the Agreement, except security deposit.

2.  State specific facts of breach(es) and/or violation(s):

1.3-Unauthorized people living in unit

3.5-Tenant has an unauthorized animal

2.2-Tenant is letting dog poop all over the yard and not picking it up

1.5-Tenant is behind on rent

WITHIN THREE DAYS after the service on you of this Notice, you are hereby required to perform or otherwise comply with the above-mentioned condition and/or covenant or QUIT AND DELIVER THE POSSESSION OF THE PREMISES.

If you fail to perform or otherwise comply, Owner/Agent declares the forfeiture of your Rental/Lease Agreement and will institute legal proceedings to obtain possession.  Such proceedings could result in a judgment against you, which may include attorney's fees and court costs as allowed by law, and an additional punitive award of six hundred dollars ($600) in accordance with California law. If you fail to fulfill the terms of your credit obligations, a negative credit report may be submitted to a credit reporting agency.

**DATE:**  9/26/16    **AGENT:**

**TITAN**
PROPERTY MANAGEMENT

## THREE DAY NOTICE TO PAY RENT OR QUIT

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.  This is an attempt to collect a debt; any information obtained will be used for that purpose.

**To: Kent A. Friede**

And all others in possession of the premises located at:

**64 Arcade Blvd, #C**
**Sacramento, CA 95815**

Notice is hereby given that pursuant to the agreement by which you hold possession of the above described premises there is now due and unpaid rent for the said premises in the amount of:

**$497.92**

WITHIN THREE DAYS after service on you of this Notice, you are required to pay said rent in full or to deliver up possession of said premises by turning in your keys to your landlord or the agent of the landlord.  Otherwise, legal proceedings may be commenced against you to recover possession of said premises, to declare said agreement forfeited and to recover unpaid rents, court costs, attorney fees, and if malice is shown, statutory damages of $600.00.

ACCEPTABLE FORMS OF PAYMENT: Cashier's Check or Money Order.
*Please note payment by personal check or third party check will not be accepted as a satisfactory tender of the amount due.

HOURS OF OPERATION: Usual days and hours during which payment can be received are Monday thru Friday, 9AM to 5PM except for holidays.

TO WHOM PAYMENT MAY BE MADE:

**Titan Property Management**
**8421 Auburn Blvd**
**Suite 170**
**Citrus Heights, CA 95610**
**(916) 349-7623**

DATED: 1/17/17    AGENT: