# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

**KENT A. FRIEDE,**

CASE NO: **2:17–CV–00499–KJM–CKD**

v.

**DEEPAR PRASAK, ET AL.,**

__XX__ –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 1/30/19**

**Marianne Matherly**
Clerk of Court

ENTERED: **January 30, 2019**

by: /s/ L. Mena–Sanchez
Deputy Clerk